# Court of Appeals
# of the State of Georgia

ATLANTA,   June 05, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1428.  TROY WADE v. THE STATE.

Troy Wade was charged with several offenses, including aggravated sodomy, kidnaping, and criminal intent to commit rape.  He pled guilty to all the charges except aggravated sodomy, which was nolle prossed.  Several years later, he filed a Motion to Vacate Void Judgment, arguing, generally, that he should not have been convicted of several offenses based on his conduct in a single incident, and that the nolle prosecution of the aggravated sodomy charge precluded a conviction on the other charges.  The trial court denied his motion, and we dismissed his appeal.  See Case No. A15A1050 (dismissed on March 31, 2014).  In our order, we explained that although a defendant may appeal from an order dismissing a motion to vacate a void sentence, Wade had not raised a colorable void sentence argument.

Wade subsequently filed a Motion to Vacate Void Sentence, again arguing that because the aggravated sodomy charge was nolle prossed, he should not have been convicted of the other charges.  The trial court denied his motion, and Wade then filed this appeal.

As we advised Wade in our order dismissing his previous appeal, a sentence is void only if it imposes punishment that the law does not allow. *Crumbley v. State*, 261 Ga. 610, 611 (a) (409 SE2d 517) (1991).  "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

Here, Wade did not contend that his sentence was outside the statutory maximum for his offenses. Instead, he argued that his convictions were invalid. This is not a colorable void-sentence argument. See id. Accordingly, Wade's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____06/05/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*